UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CT GRAPHIC ARTS, Inc., a California Corporation, doing business as CTGA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BELL, an individual; and DOES 1-20,<br><br>Defendants. | CASE NO. 2:19-cv-02609-PA-JPR<br><br>[Assigned to Judge Percy Anderson]<br><br>[PROPOSED] ORDER FOR DISMISSAL OF ACTION<br><br>San Luis Obispo Superior Court Case No.: 19CV-0109<br><br>Complaint Filed: February 28, 2019 |

## [PROPOSED] ORDER

Based upon the Stipulation of the Parties and Good Cause appearing therefor, IT IS ORDERED, ADJUDGED AND DECREED that this Action is hereby dismissed with prejudice.

Dated: January 14, 2020

_____
HON. PERCY ANDERSON
United States District Court Judge

ORDER ON STIPULATION TO DISMISS ACTION